UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

JUAN ORTEGA, individually, and on behalf of all others similarly situated,

                Plaintiff,

- against -

WEST COAST TRENDS, INC.,

                Defendant.

**ORDER OF DISMISSAL**

22 Civ. 2149 (PGG) (JLC)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is ordered that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, either party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. The Clerk of Court is directed to close the case. Any pending dates and deadlines are adjourned _sine die_, and any pending motions are moot.

Dated: New York, New York
       May 19, 2022

                                      SO ORDERED.

                                      Paul G. Gardephe
                                      United States District Judge